# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ELGASIM MOHAMED FADLALLA et al

    Plaintiff                            *

       v.                               *       Civil No.: PX 15-cv-1806

DYNCORP INTERNATIONAL LLC et al     *

    Defendant

                                    ******

## ORDER OF DEFAULT

It appears from the records and/or affidavit of **Elgasim Mohamed Fadlalla et al** that the summons and Complaint were properly served upon the named Defendant, **Invizion, Inc.** on **November 28th, 2018** and time for said Defendant to plead or otherwise defend expired on **December 18th, 2018**, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this 21st day of May, 2019.

                                                       FELICIA C. CANNON, CLERK

                                 By:              /s/
                                                   Brian Ulander, Deputy Clerk