## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *ex rel.*      *
ELGASIM MOHAMED FADLALLA, *et al.*,
                                        *
      Plaintiff-Relators,
                                        *
    v.                                              Civil Action No. 8:15-cv-01806-PX
                                        *
DYNCORP INTERNATIONAL LLC, *et al.*,
                                        *
    Defendants.
                                        ***

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of

September, 2019, by the United States District Court for the District of Maryland, ORDERED

that:

1. The Motion to Dismiss filed by Defendant TigerSwan, LLC (ECF No. 64), BE
   and the same hereby IS, DENIED;

2. The Motion to Dismiss filed by Defendant AECOM National Security Programs,
   Inc. (ECF No. 80), BE and the same hereby IS, GRANTED;

3. The Amended Complaint (ECF No. 9) BE, and the same hereby IS, DISMISSED
   as to Defendant AECOM National Security Programs, Inc.;

4. The Motion to Dismiss filed by Defendant KMS Solutions, LLC (ECF No. 81),
   BE and the same hereby IS, GRANTED in part and DENIED in part;

5. The Motion to Dismiss filed by Defendant DynCorp International LLC (ECF No.
   83), BE and the same hereby IS, GRANTED in part and DENIED in part;

6. The Motion to Dismiss filed by Defendant Global Linguist Solutions, LLC (ECF No. 85), BE and the same hereby IS, GRANTED in part and DENIED in part;

7. The Clerk is directed to AMEND the docket to reflect that "Global Linguist Solutions" is not a party to this action;

8. The Motion to Dismiss filed by Defendant Thomas/Wright, Inc. (ECF No. 100), BE and the same hereby IS, GRANTED in part and DENIED in part;

9. The Motion to Dismiss filed by Defendant Shee Atika Languages, LLC (ECF No. 129), BE and the same hereby IS, GRANTED in part and DENIED in part;

10. Count III (Reverse False Claim, 31 U.S.C. §3729(a)(1)(G)) of the Amended Complaint (ECF No. 9) BE, and the same hereby IS, DISMISSED;

11. Count IV (Trafficking Victims Protection Reauthorization Act, 18 U.S.C. § 1581 *et seq.*) of the Amended Complaint (ECF No. 9) BE, and the same hereby IS, DISMISSED as to Defendants KMS Solutions, LLC, Thomas/Wright, Inc., and Shee Atika Languages, LLC; and

12. The Clerk shall TRANSMIT copies of the foregoing Memorandum Opinion and this Order to the parties, and to the United States of America per ECF No. 34.

9/4/2019
Date

/S/
Paula Xinis
United States District Judge