# RWL RIFKIN WEINER LIVINGSTON LLC
### ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Alan M. Rifkin | Arnold M. Weiner | Scott A. Livingston (MD, DC) | Michael V. Johansen | Joel D. Rozner (MD, DC) |
| M. Celeste Bruce (MD, DC) | Charles S. Fax (MD, DC, NY)† | Jamie Eisenberg Katz (MD, DC, NY) | Barry L. Gogel | Liesel J. Schopler (MD, DC) |
| Stuart A. Cherry | Brad I. Rifkin | Camille G. Fesche (MD, DC, NY, NJ) | Michael D. Berman (MD, DC)† | Madelaine Kramer Katz (MD, DC, VA) |
| Michael T. Marr (MD, DC, VA, NC) | William A. Castelli | Devon L. Harman | Brian Chorney (MD, DC, FL) | Michael A. Miller† |
| Edgar P. Silver (1923-2014) | Laurence Levitan†† | | Lance W. Billingsley†† | John C. Reith (Nonlawyer/Consultant) |
| †Of Counsel | | | | Matthew Bohle (Nonlawyer/Consultant) |
| ††Retired Emeritus | | | | Obie L. Chinemere (Nonlawyer/Consultant) |

December 7, 2022

**By ECF**
The Honorable Magistrate Judge
Timothy J. Sullivan
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: *Fadlalla, et al., v. DynCorp Int'l LLC*, et al., No. 8:15-cv-01806-PX

Dear Judge Sullivan,

Pursuant to the Court's Order dated December 5, 2022 (ECF No. 398), Plaintiffs-Relators Elgasim Mohamed Fadlalla, *et al*. (collectively "Relators") and Defendants DynCorp International LLC ("DI") and TigerSwan, LLC ("TI") (collectively with Plaintiffs, "Parties") met and conferred as to a proposed scheduling for Relators' motions to compel against DI and TS. The Parties agreed to the following proposed schedule:

| | |
|---|---|
| Deadline for Relators' Motions to Compel against DI and TS: | January 6, 2023 |
| Deadline for DI's and TS's Responses: | January 27, 2023 |
| Deadline for Relators' Replies: | February 10, 2023 |

Wherefore, the Parties jointly request the Court order the motion to compel briefing schedule as proposed above.

Respectfully Submitted,

**Rifkin Wiener Livingston LLC**

  /s/ Liesel J. Schopler
Liesel J. Schopler
225 Duke of Gloucester Street
Annapolis, MD 21401
Telephone: (410) 269-1235
Email: lschopler@rwllaw.com

*One of Counsel to Relators*

H0115038.

225 Duke of Gloucester Street, Annapolis, Maryland  21401
410.269.5066 | 410.269.1235 fax

2002 Clipper Park Road, Suite 108, Baltimore, Maryland  21211
410.769.8080 | 410.769.8811 fax

4800 Hampden Lane, Suite 820, Bethesda, Maryland  20814
301.951.0150 | 301.951.0172 fax

www.rwllaw.com

Hon. Timothy J. Sullivan
December 7, 2022
Page **2** of **2**

**Covington & Burling LLP**

  _/s/ Neil Roman_
Neil Roman
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-5135
Email: nroman@cov.com

*Counsel for Defendant DynCorp International LLC*

**Shulman Rogers Gandal Pordy Ecker P.A.**

  _/s/ Lane Hornfeck_
Lane Hornfeck
12505 Park Potomac Ave., Sixth Floor
Potomac, Maryland 20854
Telephone: (301) 945-9276
Email: lhornfeck@shulmanrogers.com

*Counsel for Defendant TigerSwan, LLC*

cc.: Counsel of Record (via ECF)