IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELGASIM MOHAMED FADLALLA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DYNCORP INTERNATIONAL LLC, *et al.*, <br><br> Defendants. | Case No. 8:15-cv-01806-PX <br><br> **NOTICE OF APPEAL** |

All Plaintiffs-Relators, Elgasim Fadlalla, Ramzi Zinnekah, Maher Al-Masri, Majdi Abdulghani, Sadiq Al-Saidi, Haidar Al-Saidi, Sinan Marrogy, Neil Magi, Faycal Maroufi, Kidar Al-Safar, Mahmoud Luttfi, Nimna Mudalige, Navdeep Tucker, Waiel Mansour, Samah Fikri, Hamid Skili, Saad Kabbaj, Nada Malek (pending substitution for death), Elias Malek and Grace Cheetany (as co-Executors of the Estate of Nada Malek, pending substitution for death),[1] Antonio Antar, Akhtar Hayat, Haider Al-Nakash, Parcham Mikhaiel, Ali Elsebaey, Noureldin Muhsen, Maryan Mure, and Regina Salim (as Personal Representative of the Estate of Louai Salim),[2] appeal to the United States Court of Appeals for the Fourth Circuit from the Final Judgment and Order Granting Summary Judgment entered on September 29, 2025.

Dated: October 28, 2025                                         Respectfully Submitted,

| | |
|---|---|
| */s/ M. Celeste Bruce* <br> M. Celeste Bruce (D. Md. No. 10710) <br> Arnold M. Weiner (D. Md. No. 01605) <br> Charles S. Fax (D. Md. No. 02490) <br> Alan M. Rifkin, (D. Md. No. 11562) <br> Michael T. Marr (D. Md. No. 19961) | */s/ Timothy N. Mathews* <br> Steven A. Schwartz (*pro hac vice*) <br> Timothy N. Mathews (*pro hac vice*) <br> Alison G. Gushue (*pro hac vice*) <br> Zachary P. Beatty (*pro hac vice*) <br> CHIMICLES SCHWARTZ KRINER |

---

[1] Elias Malek and Grace Cheetany, through counsel, file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 43(a)(2), as the personal representatives or executors of the Estate of Nada Malek, deceased.

[2] Regina Salim was substituted for Louai Salim by Order on June 9, 2023 [Docket No. 499].

1

| | |
|---|---|
| Stuart A. Cherry (D. Md. No. 28012)<br>Geoffrey Washington (D. Md. No. 25098)<br>Devon Harman (D. Md. No. 21936)<br>RIFKIN WEINER LIVINGSTON LLC<br>7700 Wisconsin Avenue, Suite 320<br>Bethesda, Maryland 20814<br>(301) 951-0150 (Phone)<br>(301) 951-0172 (Fax)<br>Email: cbruce@rwllaw.com<br>       aweiner@rwllaw.com<br>       cfax@rwllaw.com<br>       arifkin@rwllaw.com<br>       mmarr@rwllaw.com<br>       scherry@rwllaw.com<br>       gwashington@rwllaw.com<br>       dharman@rwllaw.com | & DONALDSON-SMITH LLP<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 645-4720<br>Email: TNM@chimicles.com<br>       SAS@chimicles.com<br>       ZPB@chimicles.com<br>       AGG@chimicles.com |

*Counsel for Plaintiffs-Relators and Elias Malek and*
*Grace Cheetany, Co-Executors of the Estate of Nada Malek*

## CERTIFICATE OF SERVICE

I hereby certify on this Monday, October 28, 2025, that I electronically filed the foregoing with the Clerk of the United States District Court for the District of Maryland using the CM/ECF system, which will notify all counsel of record of this filing.

                                                  */s/ M. Celeste Bruce*
                                                  M. Celeste Bruce